**Opinion issued April 28, 2020**



In The

# Court of Appeals

For The

# First District of Texas

———————————————

## NO. 01-20-00011-CV

———————————————

**TRI-STAR PROPERTY, LLC D/B/A ELITE CITY KIDS CHILDCARE & LEARNING ACADEMY, Appellant**

**V.**

**SHARNIQA SMITH, INDIVIADUALLY AND A/N/F OF J.M., A MINOR, Appellee**

---

**On Appeal from the 61st District Court**
**Harris County, Texas**
**Trial Court Case No. 2017-81728**

---

## MEMORANDUM OPINION

Appellant, Tri-Star Property LLC d/b/a Elite City Kids Childcare & Learning Academy, has filed a motion to dismiss this appeal. More than ten days have passed since the filing of the motion, and no party has objected to dismissal. *See* TEX. R.

APP. P. 10.3(a). No opinion has issued in this appeal. Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Kelly and Goodman.